# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JMO Wind-Down, Inc., ) | Case No. 16-10682 (BLS) |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| JMO WIND DOWN LIQUIDATING ) | |
| TRUST, ) | |
| ) | |
| Plaintiff, ) | Adversary No. 17-51042 (BLS) |
| ) | |
| v. ) | |
| ) | |
| DANIEL MATTES, THOMAS ) | |
| KASTENHOFER, CHAD STARKEY, ) | |
| AMPALU INVESTMENT GMBH, and KTI ) | **Re: Adv. Docket No. 40** |
| PRIVATSTIFTUNG, ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING PLAINTIFF JMO WIND DOWN, INC. LIQUIDATING TRUST'S MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH DANIEL MATTES

Upon consideration of Plaintiff JMO Wind Down, Inc. Liquidating Trust's Motion to Enforce Settlement Agreement with Daniel Mattes (the "**Motion**"), the Court finds that: (i) it has jurisdiction over the matters raised in the Motion; (ii) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334 upon which this Court may issue a final order; (iii) notice of the Motion and any hearing thereon was sufficient, proper and adequate; and (iv) upon the record herein and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, the Court hereby ORDERS that:

1. The Motion is DENIED for the reasons set forth on the record; and

2. The parties are directed to submit a joint proposed scheduling order to the Court on or before January 29, 2020.

**Dated: January 16th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

71990657.1